Sean Patterson (SBN 234565)
Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957 3000
Fax: (415) 957 3001
Email: cspatterson@duanemorris.com
mckillian@duanemorris.com

Gerald L. Maatman *(pro hac vice pending)*
Jennifer A. Riley *(pro hac vice pending)*
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Tel: (312) 499-6700
Fax: (312) 279-6780
Email: gmaatman@duanemorris.com
jariley@duanemorris.com

Attorneys for Defendant
PAPA JOHN'S INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EDDIE GUERRA, individually and on behalf of classes of similarly situated individuals,

Plaintiff,

v.

PAPA JOHN'S INTERNATIONAL, INC. and DOES 1 through 100, inclusive,

Defendant.

Case No. __________

**DECLARATION OF SEAN PATTERSON IN SUPPORT OF DEFENDANT PAPA JOHN'S INTERNATIONAL, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

[Removed from Alameda Superior Court, Case No. 23CV028458]

I, Sean Patterson, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and am an attorney at Duane Morris LLP, attorneys of record for defendant *Papa John's International, Inc.* ("Papa John's"). I have direct and personal knowledge of the facts set forth in my Declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Class Action Complaint and Coversheet in this matter, entitled *Eddie Guerra v. Papa John's International, Inc.*, Case No 23CV028458, which was filed on February 28, 2023 in the Superior Court of the State of California, County of Alameda.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Notice and Acknowledgement of Receipt, signed on March 22, 2023 by Defendant's counsel.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of April 2023, at San Francisco, California.

______________________________
Sean Patterson