# EXHIBIT B

POS-015

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO:<br>NAME: Eric A. Grover, Esq. (SBN 136080), Rachael G. Jung (SBN 239323)<br>FIRM NAME: Keller Grover LLP<br>STREET ADDRESS: 1965 Market Street<br>CITY: San Francisco STATE: CA ZIP CODE: 94103<br>TELEPHONE NO.: (415) 543-1306 FAX NO.: (415) 543-7861<br>E-MAIL ADDRESS: eagrover@kellergrover.com, rjung@kellergrover.com<br>ATTORNEY FOR (*Name*): Plaintiff Eddie Guerra | *FOR COURT USE ONLY* |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS: 1225 Fallon Street<br>CITY AND ZIP CODE: Oakland, Calfiornia 94612<br>BRANCH NAME: Rene C. Davidson Courthouse | |
| Plaintiff/Petitioner: Eddie Guerra<br>Defendant/Respondent: Papa John's International, Inc. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>23CV028458 |

TO *(insert name of party being served)*: Papa John's International, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 17, 2023

Robert Spencer, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of ***(to be completed by sender before mailing)***:

1. [x] A copy of the summons and of the complaint.
2. [x] Other *(specify)*:

1) Civil Case Cover Shee with Civil Case Cover Sheet Addendum, 2 ADR Packet, 3) Notice of Case Management Conference, 4) Two copies of Notice of Acknowledgement (POS-015) with a prepaid return envelope

***(To be completed by recipient):***

Date this form is signed: March 22, 2023

Gerald L. Maatman, Jr., Esq.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ Gerald L. Maatman Jr.
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)



Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure, §§ 415.30, 417.10
*www.courtinfo.ca.gov*