Sean Patterson (SBN 234565)
Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957 3000
Fax: (415) 957 3001
cspatterson@duanemorris.com
mckillian@duanemorris.com

Gerald L. Maatman *(pro hac vice pending)*
Jennifer A. Riley *(pro hac vice pending)*
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Tel: (312) 499-6700
Fax: (312) 279-6780
gmaatman@duanemorris.com
jariley@duanemorris.com

Attorneys for Defendant
PAPA JOHN'S INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EDDIE GUERRA, individually and on behalf of classes of similarly situated individuals,

Plaintiff,

v.

PAPA JOHN'S INTERNATIONAL, INC. and DOES 1 through 100, inclusive,

Defendant.

Case No. ___________

**DECLARATION OF JOE HALL IN SUPPORT OF DEFENDANT PAPA JOHN'S INTERNATIONAL, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

[Removed from Alameda Superior Court, Case No. 23CV028458]

I, Joe Hall, declare as follows:

1. I have direct and personal knowledge of the facts set forth in my Declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. I am employed by Papa John's International Inc. ("Papa John's") and have been since April 2018. Currently, I am the Director of Enterprise Architecture and Commerce Platform Engineering for Papa John's. In this capacity, I am familiar with the business operations of the company.

3. At all times since Plaintiff commenced this lawsuit, Papa John's has maintained its headquarters in Louisville, Kentucky and/or Atlanta, Georgia. Its corporate executives, including its senior leadership team, have been and continue to be located in these states, have maintained and continue to maintain their offices in these states, and have performed and continue to perform their primary corporate duties and job functions in these states.

4. In my role as Director of Enterprise Architecture and Commerce Platform Engineering for Papa John's, I have access to records reflecting the number of calls made or transferred to order call centers, including the number of telephone calls made to local numbers that were routed to an order call center. These records are kept in the ordinary course of business.

5. Based on my review of the above-referenced records, I reasonably estimate that, over the past year, more than 1,000 telephone calls were made to a California-based Papa John's store number that were then routed to an order call center.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of April 2023 at Louisville, __________, Kentucky.

DocuSigned by:
Joe Hall
6DDC907422DB47E...
Joe Hall

**ATTESTATION PER LOCAL RULE 5-1(h)(3)**

I hereby attest that concurrence in the filing of the document has been obtained from the signatory indicated by the electronic signature within this efiled document.

Dated: April 21, 2023

**DUANE MORRIS LLP**

By: /s/ Sean Patterson
Sean Patterson

Attorneys for Defendant
PAPA JOHN'S INTERNATIONAL, INC.