United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| COLIN JACKSON, | Case No. 23-cv-01933-LB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PAPA JOHN'S INTERNATIONAL INC, et al., | |
| Defendants. | |

On June 22, 2026, the court granted summary judgment to the defendants. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 22, 2026

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 23-cv-01933-LB